**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER LEEPER,                      ) | **CASE NO: 2:25-cv-03581-WBS-DMC** |
|                                          ) | |
|                     PLAINTIFF,           ) | **ORDER RE CONTINUANCE OF** |
|                                          ) | **SCHEDULING CONFERENCE** |
| V.                                       ) | |
|                                          ) | |
| COUNTY OF SHASTA, et al.,                ) | |
|                                          ) | |
|                     DEFENDANTS.)         | |
| _____        ) | |

The Court having read the declaration of Plaintiff's counsel, Arnoldo Casillas, regarding the previously scheduled Scheduling Conference set for April 20, 2026, and the Court having presented several future dates available to continue the Scheduling Conference, it is hereby ordered that the in-person scheduling conference in the present matter, currently set for April 20, 2026 at 1:30 p.m. is continued to **August 24, 2026 at 1:30 p.m.** in Courtroom 5, 14th Floor, Robert T. Matsui US Courthouse, 501 "I" Street, Sacramento, CA 95814. The joint scheduling report shall be due fourteen (14) days prior to the hearing, and the hearing shall be in person, unless otherwise ordered by the court.

It is so ordered.

Dated:  April 14, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

ORDER RE CONTINUANCE OF SCHEDULING CONFERENCE