

# United States District Court
# Eastern District of California

| Christopher Leeper |
|---|

Plaintiff(s)

Case Number:  | 2:25 cv 03581 WBS |

V.

| County of Shasta, et al. |
|---|

**APPLICATION FOR PRO HAC VICE AND ORDER**

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Laura G. Brook hereby applies for permission to appear and participate as counsel in the  above entitled action on behalf of the following party or parties:

Defendant California Forensic Medical Group, Inc.

On      10/12/2018      (date), I was admitted to practice and presently in good standing in the Supreme Court of North Carolina      (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not  been disbarred or formally censured by a court of record or by a state bar association; and there are not  disciplinary proceedings against me.

☑ I have/ ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Johnson v. County of Stanislaus, 2:26 cv 00865, application filed 03/19/2026, granted 03/20/2026

Date:      05/18/2026

Signature of Applicant /s/   Laura  G. Brook

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Laura G. Brook |
| Law Firm Name: | Gordon Rees Scully Mansukhani, LLP |
| Address: | 101 South Tryon Street, Suite 2550 |

| | | | | |
|---|---|---|---|---|
| City: | Charlotte | State: NC | Zip: | 28280 |

Phone Number w/Area Code: (704) 625 8009

City and State of Residence: Charlotte, NC

Primary E-mail Address: lbrook@grsm.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Kendra N. Stark |
| Law Firm Name: | Gordon Rees Scully Mansukhani, LLP |
| Address: | 315 Pacific Avenue |

| | | | | |
|---|---|---|---|---|
| City: | San Francisco | State: CA | Zip: | 94111 |

Phone Number w/Area Code: (415) 875 4126    Bar# 363663

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  May 18, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE