UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CHRISTOPHER LEEPER,

           Plaintiff,

   v.

COUNTY OF SHASTA, et al.,

           Defendants.

No. 2:25-cv-3581 WBS DMC

ORDER RE: DEFENDANTS' MOTION
TO DISMISS

----oo0oo----

       Defendants City of Redding and Daniel Stewart filed this motion to dismiss on the grounds that plaintiff, Christopher Leeper, is deceased and therefore lacks standing.  (Docket No. 18.)  Defendants informed the court of a meeting with plaintiff's counsel, who indicated an intent to file a second amended complaint, and that the meeting "suggested that the issues before the court" in the instant motion "might be resolved through another amended complaint."  (Docket No. 20.)  Plaintiff has neither opposed the motion nor filed a second amended complaint.

       Having reviewed defendants' motion, and the motion

1

being unopposed, the court will grant the motion.  The complaint admits that Leeper passed away as a result of his injuries. (First Amended Compl. ¶ 31.)  It is "self-evident" that "a dead person, qua a dead person . . . cannot sue [or] be sued," and thus that "a deceased plaintiff lacks Article III standing."  LN Mgmt., LLC v. JPMorgan Chase Bank, N.A., 957 F.3d 943, 950-53 (9th Cir. 2020).  That being the case, Leeper's "action may be commenced" by his "personal representative" or his "successor in interest."  Cal. Civ. Proc. Code § 377.30; see also Tatum v. City & Cnty. of San Francisco, 441 F.3d 1090, 1093 n. 2 (9th Cir. 2006) ("Where there is no personal representative for the estate, the decedent's 'successor in interest' may prosecute the survival action if the person purporting to act as successor in interest satisfies the requirements of California law.").

This action was filed in Leeper's name and no authorized representative is named or mentioned in the operative complaint.  Accordingly, plaintiff's complaint must be dismissed.

IT IS THEREFORE ORDERED that defendants' motion to dismiss (Docket No. 18) be, and the same hereby is, GRANTED.  An amended complaint may be filed by an authorized representative of plaintiff within twenty-one (21) days of this Order, if they can do so consistent with this Order.

Dated:  June 3, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2