ARNOLDO CASILLAS, ESQ., SBN 158519
CASILLAS & ASSOCIATES
2801 E. Spring Street, Suite 200
Long Beach, CA 90806
Tel: (562) 203-3030
Fax: (323) 725-0350
Email: acasillas@casillaslegal.com

Attorneys for Plaintiff Christopher Leeper

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER LEEPER, PLAINTIFF,<br><br>V.<br><br>COUNTY OF SHASTA, CITY OF REDDING, DANIEL STEWART, CALIFORNIA FORENSIC MEDICAL GROUP, INC., TAYLOR FITHIAN, DOES 1 THROUGH 10, DEFENDANTS. | **CASE NO: 2:25-cv-03581-WBS-DMC**<br><br>**STIPULATION OF THE PARTIES ALLOWING PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT; ORDER** |

COME NOW PLAINTIFF CHRISTOPHER LEEPER and DEFENDANTS COUNTY OF SHASTA, CITY OF REDDING, DANIEL STEWART, and CALIFORNIA FORENSIC MEDICAL GROUP, INC., through their attorneys of record and hereby stipulate as follows:

///

///

1. That Plaintiff Christopher Leeper filed his initial complaint on December 11, 2025 which alleges violations of his Fourth Amendment rights and raises state-law claims;
2. Thereafter, Plaintiff filed a First Amended Complaint on April 6, 2026 and thereafter filed a Second Amended Complaint in response to this court's order.
3. That defendants City of Redding and Daniel Stewart, defendant County of Shasta, and Defendant California Forensic Medical Group, Inc. ("CFMG") filed motions to dismiss Plaintiff's Second Amended Complaint;
4. That, Counsel for Plaintiff, Arnoldo Casillas, has met and conferred with counsel for Defendant County of Shasta, Mr. Colin Nystrom, counsel for Defendants City of Redding and Daniel Stewert, Mr. Phillip J. Downs, and counsel for Defendant CFMG, Ms. Kendra Stark, regarding the issues and concerns raised in their motions to dismiss the Second Amended Complaint.
5. That, after conferring and for the sake of expediency and judicial economy, the parties have agreed that the best course of action is to have the court issue an order allowing Plaintiff to amend his complaint to address the issues raised in the pending motions to dismiss.
6. That Plaintiff is to file his third amended complaint within 15 days of the granting the requested order.
7. That the pending motion to dismiss filed by defendant City of Redding and Daniel Stewart is withdrawn,
8. That the pending motion to dismiss filed by Defendant County of Shasta is withdrawn,
9. That the pending motion to dismiss filed by Defendant CFMG is withdrawn,

///

///

10. That the present defendants shall have thirty (30) days to file their responses to Plaintiff's Third Amended Complaint after the filing of Plaintiff's Third Amended Complaint, and

11. The August 31, 2026 hearing date is VACATED.

IT IS SO STIPULATED.

Dated: July 15, 2026

CASILLAS & ASSOCIATES
By: */s/ Arnoldo Casillas*
ARNOLDO CASILLAS
Attorneys for Plaintiffs

Dated: July 15, 2026

PORTER SCOTT, A Professional Corporation

By: */s/ Colin Nystrom*
Carl L. Fessenden
Colin Nystrom
Attorneys for Defendant County of Shasta

Dated: July 15, 2026

ALLEN, GLAESSNER, HAZELWOOD & WORTH LLP

By: */s/ Philip Downs*
PHILIP DOWNS
Attorneys for Defendants City of Redding and Daniel Stewart

Dated: July 15, 2026

GORDON REES SCULLY MANSUKHANI

By: */s/ Kendra N. Stark*
PHILIP DOWNS
Attorneys for Defendant CFMG

**IT IS SO ORDERED.**

Dated: July 17, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE